

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Joel Andres Melendez,

    \* From the 50th District Court
    of Knox County,
    Trial Court No. 4156.

Vs. No. 11-22-00139-CR

    \* May 16, 2024

The State of Texas,

    \* Memorandum Opinion by Bailey, C.J.
    (Panel consists of: Bailey, C.J.,
    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.